IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00400-REB-KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

DORWIN DWAYNE HUMMEL, and
ELDON LOWELL MYERS, JR.

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Myers's **Motion to Request Appearance by Telephone at Scheduling Hearing** [Docket No. 6; Filed March 21, 2011] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 10.1 and 5.1G.  Among other deficiencies, the Motion is single-spaced and it does not contain a proper caption or a certificate of service.  Defendant Myers is reminded that, although he is proceeding *pro se*, he is still required to follow the Court's procedural rules.  See *Nielson v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994).

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendant Myers may appear telephonically at the Scheduling Conference on April 27, 2011 at 11:00 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically at the Scheduling Conference, they must initiate a conference call between themselves and Defendant Myers before dialing the Court.

    Dated:  March 22, 2011