**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00400-REB-KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

DORWIN DWAYNE HUMMEL, and
ELDON LOWELL MYERS, JR.,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT ELDON LOWELL MYERS, JR., ONLY**

**Blackburn, J.**

    The matter is before me on plaintiff's **Motion To Dismiss Eldon Lowell Myers, Jr.** [#15] filed March 28, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Eldon Lowell Myers, Jr., should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Motion To Dismiss Eldon Lowell Myers, Jr.** [#15] filed March 28, 2011, is **GRANTED**;

    2. That plaintiff's claims against defendant, Eldon Lowell Myers, Jr., are **DISMISSED WITH PREJUDICE**; and

3. That defendant, Eldon Lowell Myers, Jr., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 29, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge