**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00400-REB-KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

DORWIN DWAYNE HUMMEL,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on plaintiff's **Motion To Dismiss Eldon Lowell Myers, Jr.** [#22] filed March 30, 2011.  The motion is **DENIED** as moot.  The court has previously granted this motion by it's **Order of Dismissal As To Defendant Eldon Lowell Myers, Jr., Only** [#18] entered March 29, 2011.

    Dated:  March 31, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.