IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00400-REB-KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

DORWIN DWAYNE HUMMEL,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Appear via Telephone For Scheduling Conference** [Docket No. 25; Filed April 4, 2011] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1, 10.1, and 5.1G. The Motion does not contain a proper caption or a certificate of service, and there is no indication that Plaintiff made efforts to confer with Defendant regarding the requested relief. The Motion is subject to denial on any of these bases. Plaintiff is reminded that, although he is proceeding *pro se*, he is still required to follow the Court's procedural rules. *See Nielson v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). Despite the Motion's deficiencies, and in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff may appear telephonically at the Scheduling Conference on April 27, 2011 at 11:00 a.m. by dialing the Court at **303-335-2770**. At this juncture, Defendant has not sought leave to appear at the Scheduling Conference by telephone. However, if Defendant is granted leave to appear telephonically, **the parties must initiate a conference call between themselves before dialing the Court.**

    Dated: April 6, 2011