IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00400-REB-KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

DORWIN DWAYNE HUMMEL,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Strike Plaintiff's Second Motion for Default** [Docket No. 31; Filed April 8, 2011] (the "Motion").  Defendant seeks to strike Plaintiff's Motion for Default Judgment [Docket No. 30].  On April 11, 2011, the Clerk of the Court denied the Motion for Default Judgment.  *Clerk's Note* [Docket No. 34]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#31] is **DENIED as moot**.

    Dated:  April 12, 2011