IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00400-REB-KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

DORWIN DWAYNE HUMMEL,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Amend Answer** [Docket No. 75; Filed June 3, 2011] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A, which provides as follows: "The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party **shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule**." The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#75] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the proposed Amended Answer [Docket No. 76] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that any future motion that does not comply with D.C.COLO.LCivR 7.1A will be summarily denied.

    Dated: June 3, 2011