IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00400–KMT–KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

DORWIN DWAYNE HUMMEL,

    Defendant.

---

## ORDER

---

This matter is before the court on the recommendation of Magistrate Judge Kristen L. Mix, issued and served on May 17, 2011.  (Doc. No. 57.)  Defendant has not filed specific written objections to Magistrate Judge Mix's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

**ORDERED** that the recommendation is accepted.  Defendant's Motion to Dismiss (Doc. No. 51) is DENIED.

Dated this 29th day of June, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge