IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00400–KMT–KLM

BERNARD KENNETH MYERS,

    Plaintiff,

v.

DORWIN DWAYNE HUMMEL,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion to Move Defendant to Send Ammended [sic] Answer to Plantiff [sic]." (Doc. No. 91, filed June 28, 2009.) Plaintiff states that he has sent defense counsel several messages requesting defense counsel to send Plaintiff a copy of Defendant's Amended Answer but Plaintiff has not yet received a copy. The court notes that the certificate of service for the Amended Answer indicates that Defendant served a copy of the Amended Answer on Plaintiff. Nevertheless, the motion is GRANTED. Defendant is instructed to send Plaintiff a copy of Defendant's Amended Answer no later than July 11, 2011.

Dated: June 29, 2011