IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00400–KMT–KLM

BERNARD KENNETH MYERS,

     Plaintiff,

v.

DORWIN DWAYNE HUMMEL,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Amended Motion to Strike Plaintiff's Motion for Summary Judgment And in the alternative Motion for Extension of Time to Respond" (Doc. No. 95, filed July 12, 2011) is **DENIED** to the extent it seeks (1) to strike Plaintiff's Motion for Summary Judgment (Doc. No. 89, filed June 23, 2011) and (2) an award of reasonable fees and costs.  Although Plaintiff has failed to fully comply with D.C.Colo.LCivR 56.1A, the court finds that Plaintiff's Motion for Summary Judgment is not so "verbose, redundant, ungrammatical, or unintelligible" as to warrant that it be stricken under D.C.Colo.LCivR 7.1H.  Accordingly, pursuant to the minute order entered on July 26, 2011 (Doc. No. 101), Defendant shall have twenty-one days from the date of this order to respond to Plaintiff's Motion for Summary Judgment.

Dated: September 1, 2011